*E-FILED: January 4, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XEROX CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPRINT IMAGES, INC.,<br><br>    Defendant._____/ | No. C12-03223 HRL<br><br>**ORDER VACATING HEARING AND REQUESTING ADDITIONAL INFORMATION** |

The Motion for Entry of Default Judgment (Dkt. 15) previously noticed for January 8, 2013 has been taken under submission without oral argument pursuant to Civ. L.R. 7-1(b). The January 8, 2013 hearing is VACATED.

As Xerox Corporation ("Plaintiff") has submitted to the Court a request for attorney's fees pursuant to a local rule that the Court does not recognize, Plaintiff is ordered to submit a revised request for attorney's fees, and support for the request, that complies with the local and federal rules no later than January 15, 2013.

IT IS SO ORDERED.

Dated: January 4, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03223 HRL Order will be electronically mailed to:**

David M. Kritzer     dkritzer@hemar-rousso.com

Pamela Lorraine Cox     pcox@hemar-rousso.com

Robert McKendrick     rmckendr@hemar-rousso.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**